# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00080 |
| Michael Sposite | ) Assigned To : Judge Robin M. Meriweather |
|  | ) Assign. Date : 3/1/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Michael Douglas Sposite,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building or Grounds);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 03/04/2024

2024.03.04
13:14:02 -05'00'

*Issuing officer's signature*

City and state:  Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 3/4/2024, and the person was arrested on (date) 3/5/2024
at (city and state) Saint Clair, Michigan

Date: 3/5/2024

*Arresting officer's signature*

Jeffrey Lowrey, Special Agent
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 24-30084
Originating No. 24MJ00080

**MICHAEL SPOSITE,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MICHAEL SPOSITE,** to answer to charges pending in another federal district, and states:

1. On **March 5, 2024,** defendant voluntarily appeared in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Columbia based on a Criminal Complaint**. Defendant is charged in that district with violations of **18 U.S.C. § 1752(a)(1) (Entering or Remaining in a Restricted Building or Grounds);  18 U.S.C. § 1752(a)(2); (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. Section 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building; and 40 U.S.C. Section 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capital Building.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN ISON
United States Attorney


*s/Erin Ramamurthy*
ERIN RAMAMURTHY
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: March 5, 2024

(EDMI 9/2018) Appointment of the Federal Community Defender of the Eastern District of Michigan

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-30084 |
| MICHAEL SPOSITE ) | |
| ) | |

## APPOINTMENT OF THE FEDERAL COMMUNITY DEFENDER
## OF THE EASTERN DISTRICT OF MICHIGAN

☐ MULTIPLE DEFENDANT CASE            ☐ DEFENDANT IN CUSTODY
☐ NON-ENGLISH SPEAKING                  LANGUAGE: _____
APPOINTMENT INFO: _____
OTHER: _____

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Community Defender of the Eastern District of Michigan, 613 Abbott Street, 5th floor, Detroit, Michigan 48226, telephone (313) 967-5542, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

**IT IS FURTHER ORDERED** that should this case require the assignment of an attorney from the CJA panel, the Federal Community Defender of the Eastern District of Michigan is authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form. CJA Counsel will represent the defendant in this case unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: _____

Date: March 5, 2024                                        s/David R. Grand
                                                           *Judicial Officer's Signature*

                                                           David R. Grand, U.S. Magistrate Judge
                                                           *Printed name and title*

AUSA Assigned: ERIN RAMAMURTHY

## ORDER REQUIRING DEFENDANT TO MAKE PARTIAL PAYMENTS

**IT IS ORDERED** that partial payment be made by the defendant in the amount of $_____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226**.

_____
*Judicial Officer's Signature*

I hereby acknowledge that I am responsible for the partial payments and payment plan ordered by the Court.

_____
*Defendant's Signature*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.

**MICHAEL SPOSITE,**

        Defendant.

_____/

**WAIVER OF RULE 5 AND 5.1 HEARINGS
(Excluding Probation Violation Cases)**

Case No. 24- 30084
Originating No. 24mj00080

FILED
MAR 0 5 2024
CLERK'S OFFICE
DETROIT

    I, **MICHAEL SPOSITE**, understand that in the <u>District of Columbia</u> charges are pending alleging violations of <u>18 U.S.C. § 1752(a)(1) (Entering or Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2); (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. Section 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building; and 40 U.S.C. Section 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capital Building and</u> that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1.     Retain counsel or request the assignment of counsel if I am unable to afford one.

2.     Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3.     Have an identity hearing to determine if I am the person named in the charge.

4.     Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an

offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( )   identity hearing

( )   preliminary examination

( )   identity hearing and have been informed I have no right to a preliminary hearing

(✓)   identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____
Defendant
Date: 3/5/24

_____
Counsel for Defendant
Date: 3/5/2024

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 24-30084 |
| Sposite, Douglas | ) |
| | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at *(if blank, to be notified)* :

 Theodore Levin U.S. Courthouse, Room 114, 231 West Lafayette Boulevard, Detroit, MI  48226 
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of _____
(See separate Agreement to Assume Custody of the Defendant).

☑ (7) The defendant must:

☑ (a) report, as directed, to:
  ☑ Pretrial Services Agency.
  ☐ Probation Department.

☐ (b) continue or actively seek employment. Provide verification to the supervising officer, as requested.

☐ (c) continue or start an education program and provide monthly verification to the supervising officer.

☐ (d) not apply for or enter into any loan or other credit transaction without the previous written permission of the pretrial services office or supervising officer.

☑ (e) surrender any passport immediately and/or enhanced identification to the supervising officer as directed. _Turn in enhanced ID by March 19, 2024_

☑ (f) not obtain a passport, enhanced identification or other international travel documents.

☑ (g) abide by the following restrictions on personal association, place of abode, or travel:

  ☐ Travel restricted to the Eastern District of Michigan;
  ☐ Travel restricted to the State of Michigan;
  ☑ Travel restricted to: _State of Michigan and Washington D.C. for Court only_
  ☑ Unless I have the previous consent of the pretrial services office, supervising officer or the court.

☐ (h) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to:
  ☐ list to be provided by U.S. Attorney;
  ☐ other persons: _____

☐ (i) obtain medical or mental health treatment as directed by the supervising officer.

  ☐ provide a co-payment for treatment costs as directed by the supervising officer.

☐ (j) for all probation and/or supervised release violations, all conditions in the Judgment Order under docket# _____ will remain in effect.

☐ (k) maintain residence at a residential reentry center as directed by the supervising officer.

☐ (l) reside at the bond address, and any changes in residence must be pre- approved by the supervising officer.

☑ (m) not possess a firearm, destructive device, or other dangerous weapons. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.

☐ (n) surrender any Concealed Pistol License (CPL) to the supervising officer within 48 hours of release.

☑ (o) not use alcohol:
   ☐ at all.
   ☑ excessively.

☑ (p) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.

☑ (q) submit to any testing required by the supervising officer to determine whether the defendant/person under supervision is using a prohibited substance. Testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant/offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of any prohibited substance screening or testing.

☑ (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☐ (s) participate in **one** of the following location restriction programs and comply with requirements as directed:

   ☐ (i) **Curfew.** You are restricted to your residence every day: from _____ to _____, or as directed by the pretrial services office or supervising officer; or

   ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations;

      ☐ **Essential Leave** may be granted to participant as deemed appropriate by the supervising officer.

      ☐ **Discretionary Leave** may be granted to participant as deemed appropriate by the supervising officer.

   ☐ (iii) **Home Incarceration**. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☐ (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

☐ (t) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

☐ You must pay all or part of the cost of the programs based upon your ability to pay as the pretrial services office or supervising officer determines:
- ☐ (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
- ☐ (ii) Radio Frequency (RF) monitoring;
- ☐ (iii) Global Positioning Satellite (GPS) monitoring;
- ☐ (iv) Voice Recognition monitoring;
- ☐ (v) Remote Alcohol Monitoring;
- ☐ (vi) SmartLINK;

☐ (u) report within 24 hours to the pretrial services office, every contact with law enforcement personnel, including arrests, questioning or traffic stops.

☐ (v) resolve all outstanding warrants as directed by the supervising officer.

☐ (w) comply with all Sex Offender Registration and Notification Act (SORNA) requirements.

☐ (x)

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.
☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: March 5, 2024                    s/David R. Grand
                                       *Judicial Officer's Signature*

                                       David R. Grand, U.S. Magistrate Judge
                                       *Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 24-30084 |
| MICHAEL SPOSITE | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, MICHAEL SPOSITE _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

☑ to appear for court proceedings;
☑ if convicted, to surrender to serve a sentence that the court may impose; or
☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☐ (1) This is a personal recognizance bond.
☑ (2) This is an unsecured bond of $ 10,000                                       .
☐ (3) This is a secured bond of $ _____, secured by:
  ☐ $ _____ in cash deposited with the court.
  ☐ (b)  the agreement of the defendant and each surety to forfeit the following cash or other property
    *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

☐ (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: March 5, 2024

*Defendant's signature*

_____                    _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____                    _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____                    _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

KINIKIA D. ESSIX, CLERK OF COURT

Date: March 5, 2024        s/EDDREY BUTTS
                           *Signature of Clerk or Deputy Clerk*

Approved.

Date: March 5, 2024        s/David R. Grand
                           *Judge's signature*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 24-30084 |
| Plaintiff, | Original District No. 24-00080 |
| | |
| **MICHAEL SPOSITE** | **FILED** |
| Defendant. | MAR 0 5 2024 |
| _____/ | CLERK'S OFFICE DETROIT |

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **MICHAEL SPOSITE be transferred to the District of Columbia for further proceedings in the case of United States v. MICHAEL SPOSITE w**ho has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following date/time**: at the United States District Court for the District of Columbia on March 19, 2024 at 12:30 p.m. EST via Zoom.**

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court. See 18 U.S.C. Sections 3146, 3148.

_____
HONORABLE David R. Grand
United State Magistrate Judge

Dated: 3/5/2024

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-30084-DUTY All Defendants

| | |
|---|---|
| Case title: United States of America v. Sposite | Date Filed: 03/05/2024 |
| Other court case number: 24MJ00080 USDC DC | Date Terminated: 03/05/2024 |

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

**Michael Sposite**
*TERMINATED: 03/05/2024*

represented by **Federal Community Defender**
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Sworn*

**Amanda N. Bashi**
Federal Community Defender
for the Eastern District of Michigan
613 Abbott Street
Suite 500
Detroit, MI 48226
313-967-5845
Email: amanda_bashi@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Sworn*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:1752.P | TRANSFER TO THE DISTRICT OF COLUMBIA |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Erin Lange Ramamurthy**<br>United States Attorney's Office<br>Major Crimes<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226<br>313-226-9788<br>Fax: 313-226-2372<br>Email: erin.ramamurthy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: U.S. Attorney*<br>*Bar Status: Sworn* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2024 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Michael Sposite (1). (DPer) (Entered: 03/05/2024) |
| 03/05/2024 | | Minute Entry for in-person proceedings before Magistrate Judge David R. Grand: Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Sposite held on 3/5/2024. Defendant has waived the Identity Hearing. Disposition: Defendant released on bond. Bond Information: 10,000 unsecured. (Court Reporter: Digitally Recorded) (Defendant Attorney: Amanda Bashi) (AUSA: Erin Ramamurthy) (EBut) (Entered: 03/05/2024) |
| 03/05/2024 | 2 | Public Audio File of Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Sposite held on 03/05/24 before Magistrate Judge David R. Grand. AUDIO FILE SIZE (3.3 MB) (DPer) (Entered: 03/05/2024) |
| 03/05/2024 | 3 | ORDER APPOINTING FEDERAL COMMUNITY DEFENDER as to Michael Sposite. Signed by Magistrate Judge David R. Grand. (DPer) (Entered: 03/05/2024) |
| 03/05/2024 | 4 | WAIVER of Rule 5 Hearings by Michael Sposite (DPer) (Entered: 03/05/2024) |
| 03/05/2024 | 5 | ORDER Setting Conditions of Release as to Michael Sposite. Signed by Magistrate Judge David R. Grand. (DPer) (Entered: 03/05/2024) |
| 03/05/2024 | 6 | BOND as to Michael Sposite in the amount of $10,000.00 unsecured entered. (DPer) (Entered: 03/05/2024) |
| 03/05/2024 | 7 | ORDER TRANSFERRING DEFENDANT to Answer Charges Pending in the District of Columbia as to Michael Sposite. Signed by Magistrate Judge David R. Grand. (DPer) (Entered: 03/05/2024) |
| 03/06/2024 | 8 | NOTICE OF ATTORNEY APPEARANCE: Amanda N. Bashi appearing for Michael |

| | | |
|---|---|---|
| | | Sposite (Bashi, Amanda) (Entered: 03/06/2024) |
| 03/06/2024 | | TEXT-ONLY NOTICE to 24-80 of Transfer as to Michael Sposite. Your case number is: District of Columbia. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 1 Rule 5(c)(3) Petition for Transfer Proceedings, 7 Transferring Defendant to Answer Charges, 6 Bond, 4 Waiver of Rule 5 Hearings (Formerly Rule 40), Initial Appearance - Rule 5(c)(3), 3 Order Appointing Federal Community Defender, 5 Order Setting Conditions of Release (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov. If you require a defendant's payment history, please send a request to financial@mied.uscourts.gov.) (LHos) (Entered: 03/06/2024) |